# IN THE UNITED STATES DISTICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **XIAOCHUN REN**, A206 964 426, <br> 9931 Sublette Avenue <br> Orlando, FL 32836 <br> **JUAN XIA**, A214 011 396, <br> 9931 Sublette Avenue <br> Orlando, FL 32836 <br> **YIFAN REN**, A214 011 397, <br> 9931 Sublette Avenue <br> Orlando, FL 32836 <br> **YIFEI REN**, A214 011 398, <br> 9931 Sublette Avenue <br> Orlando, FL 32836 <br><br> Plaintiff <br><br> v. <br><br> **JEFF SESSIONS**,  Attorney General <br> of the United States; <br> 950 Pennsylvania Avenue, NW <br> Washington, DC 20530-0001 <br> **KIRSTJEN M. NIELSEN**, Secretary, <br> U.S. Department of Homeland Security; <br> Washington, DC 20528 <br> **L. FRANCIS CISSNA**, Director, <br> U.S. Citizenship and Immigration Services; <br> 111 Massachusetts Ave NW <br> Washington, DC 20529 <br> **DAVID ROARK**, Director, <br> Texas Service Center, <br> U.S. Citizenship and Immigration Services; <br> 4141 N. St. Augustine Dr. <br> Dallas, TX 75227 <br> **CHRISTOPHER A. WRAY**, Director, <br> Federal Bureau of Investigation; <br> 935 Pennsylvania Avenue, NW <br> Washington, DC 20535-0001 <br> **KIMBERLY DENISE DEAN**, Director, <br> Orlando Field Office, U.S. Citizenship and <br> Immigration Services; <br> 6680 Corporate Centre Blvd. <br> Orlando, FL 32822 <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Civil Action No. _____ |

1

## COMPLAINT FOR WRIT OF MANDAMUS

Xiaochun Ren, and his spouse, Juan Xia, as well as their two minor children, Yifan Ren and Yifei Ren, by and through their attorneys, seeks a writ of mandamus and for their Complaint allege as follows:

## INTRODUCTION

1. This is a civil action brought by Plaintiffs to compel defendant agencies and officers of the United States to adjudicate Xiaochun Ren, Juan Xia, Yifan Ren and Yifei Ren's (hereafter "Plaintiffs" or "Plaintiff") Form I-485 Applications to Register Permanent Residence or Adjust Status (hereafter "Applications") based on an approved Form I-140 Immigrant Petition in EB-1C Category for Multi-National Executive or Manager with a priority date of March 23, 2015. Plaintiffs' applications have been pending since March 14, 2016. Defendant U.S. Citizenship and Immigration Services ("USCIS") has not issued final decisions after over 27 months, purportedly because Defendant Federal Bureau of Investigation ("FBI") has failed to complete its immigration security background checks. Both functions – completion of immigration security background checks and adjudication of the application – are nondiscretionary ministerial duties owned to Plaintiffs. Having no other adequate remedy to obtain that right, Plaintiffs bring this action to compel Defendants to perform their duties as required by law.

## JURISDICTION AND VENUE

2. There are no administrative remedies available to Plaintiffs to redress the grievances described herein. This action challenges only defendants' procedural policies, practices, and interpretation of law, not the granting or denial of individual's applications. Therefore, the jurisdictional limitations of INA § 242, 8 U.S.C. § 1252 are not applicable.

3. Venue is proper in this Court under 28 U.S.C. § 1391 (e) because this is a civil action in which the defendant Jeff Sessions, Attorney General of the United States, Kirstjen M. Nielsen, Secretary of U.S. Department of Homeland Security, L. Francis Cissna, Director of U.S. Citizenship and Immigration Services, and Christopher Wray, Director of Federal Bureau of Investigation are officers of the United States acting in their official capacities and U.S. Department of Homeland Security ("DHS"), USCIS and FBI are agencies of the United States; and because many of the events or omissions giving rise to the claim occurred in this judicial district.

## PARTIES

4. Plaintiff Xiaochun Ren is a native and citizen of China. Mr. Ren residences with his wife, Juan Xia, and their two minor children, Yifan Ren and Yifei Ren, in Orlando, Florida. Mr. Ren's alien number is A206 964 426.

5. Plaintiff Juan Xia is a native and citizen of China. She is the spouse of Mr. Xiaochun Ren. Mrs. Xia's alien number is A214 011 396.

6. Plaintiff Yifan Ren is a native and citizen of China. He is the child of Mr. Xiaochun Ren and Mrs. Juan Xia. Yifan Ren's alien number is A214 011 397.

7. Plaintiff Yifei Ren is a native and citizen of China. He is the child of Mr. Xiaochun Ren and Mrs. Juan Xia. Yifei Ren's alien number is A214 011 398.

8. Jeff Sessions is the Attorney General of the United States. He is charged with the administration and enforcement of the immigration law. 8 U.S. C § 1103 (a). He is sued in his official capacity.

9. Kirstjen M. Nielsen is the Secretary of DHS. She is charged with any and all responsibilities and authority in the administration of the DHS as have been delegated or prescribed by the Attorney General. She is sued in her official capacity.

10. L. Francis Cissna is the Director of USCIS. He is charged with any and all responsibilities and authority in the administration of the USCIS as have been delegated or prescribed by the Attorney General. He is sued in his official capacity.

11. David Roark is the District Director of the Texas Service Center ("TSC"), USCIS. He is charged with any and all responsibilities and authority in the administration of the TSC as have been delegated or prescribed by the Attorney General. He is sued in his official capacity.

12. Christopher Wray, III is the Director of FBI. He is charged with any and all responsibilities and authority in the administration of the Federal Bureau of the Investigation as have been delegated or prescribed by the Attorney General. He is sued in his official capacity.

13. Kimberly D. Dean, is the Director of Orland Field Office of the USCIS. She is charged with any and all responsibilities and authority in the administration of the DHS as have been delegated or prescribed by the Attorney General. She is sued in her official capacity

## THE ADJUSTMENT OF STATUS PROCESS

14. Under law, the USCIS has a non-discretionary duty to adjudicate I-485 Application to Register Permanent Residence or Adjust Status to lawful permanent residence within a reasonable period of time. These applications are the means by which foreign nationals lawfully present in the United States apply for lawful permanent residence.

15. When an I-485 Application is filed within the USCIS, the FBI has a duty to conduct a security background check on the applicant within a reasonable period of time. Upon information and belief, such checks (a) are performed to determine if there are criminal or security issues in the applicant's background that affect the applicant's eligibility to become a lawful permanent residence, and (b) must be completed before an I-485 Application is adjudicated.

16. Upon information and belief, the overwhelming majority of security background checks are completed within six months after an I-485 application is filed. Plaintiff's I-485 Applications has been for over 27 months since March 2016.

## STATEMENT OF FACTS

17. Mr. Xiaochun Ren, is a native and citizen of China. Mr. Ren was born on January 8, 1978.

18. Mr. Ren entered the United States on January 13, 2016 with his L-1A visa for Multi-National Executive or Manager. See **Exhibit 1**, Form I-94 of Mr. Ren.

19. On March 24, 2015, Mr. Ren's employer, Absen American, Inc. filed a Form I-140 EB-1C Immigrant Petition for Multi-National Executive or Manager on behalf of him, which was approved on February 9, 2016 with a priority date of March 23, 2015. See **Exhibit 2**, Approval Notice for Form I-140 EB-1C Petition filed on behalf of Mr. Ren.

20. On March 14, 2016, Mr. Ren filed a Form I-485 Application. The said I-485 Application has been pending with the USCIS since then. See **Exhibit 3**, Form I-485 receipt of Mr. Ren.

21. Mrs. Juan Xia is the spouse of Mr. Xiaochun Ren. She is a native and citizen of China. Mrs. Xia was born on September 24, 1982. Mrs. Xia entered the United States on October 7, 2013 with her L-2 visa as a spouse of Mr. Ren. Mr. Ren and Mrs. Xia's two minor children was both born on July 16, 2010, who are native and citizens of China. They entered the United States on October 7, 2013 with their L-2 visas as children of Mr. Ren. See **Exhibit 4**, Form I-94s for Mrs. Xia and their two minor children.

22. On March 14, 2016, Mrs. Xia and their two minor children, Yifan Ren and Yifei Ren, filed Form I-485 Applications. The said I-485 Applications have been pending with the USCIS since then. See **Exhibit 5**, Form I-485 receipts of Mrs. Xia and their two minor children.

23. On March 30, 2017, Mr. Ren, Mrs. Xia and their two minor children, appeared in a Form I-485 interview scheduled as the Orlando Field Office of the USCIS. See **Exhibit 6**, 1st Form I-485 interview notices for Mr. Ren, Mrs. Xia and their two minor children.

24. On July 7, 2017, Mr. Ren and Mrs. Xia appeared on their 2nd I-485 Interview scheduled by the USCIS at Orlando Field Office. See **Exhibit 7**, 2nd Form I-485 interview notices for Mr. Ren and Mrs. Xia.

25. In the past 27 months, Mr. Ren and Mrs. Xia have contacted Defendants U.S. Citizenship and Immigration Services regarding the status of his Adjustment of Status as being outside the processing time on numerous occasions.  Up to date, Mr. Ren, Mr. Xia and their two minor children haven't received any adjudication notices for the I-485 applications. See **Exhibit 8**, Infopass inquiry appointments scheduled by Mr. Ren and Mrs. Xia.

26. According to the most recent official USCIS report issued by the Orlando Field Office of the USCIS, the processing time for an I-485 application is 7.5 months to 19 months. See **Exhibit 9**, Processing Time Report of Orlando Field Office of the USCIS.

27. Upon information and belief, the processing time for Mr. Ren, Mrs. Xia and their two minor children's Applications have far exceeded the posted processing time for such applications by Orlando Field Office of the USCIS.

28. According to a USCIS Memo dated February 9, 2009, all USCIS officers are advised that if the Form I-485 is otherwise approvable, and the name check request was still pending with FBI for more than 180 days, the application shall be approved. See **Exhibit 10**, USCIS Memo dated February 9, 2009.

29. Upon information and belief, there is no legitimate reason for the excessive delay in adjudicating Plaintiffs' Applications.

30. Plaintiffs meet the statutory requirements to adjust their status to lawful permanent residents.

31. Plaintiffs were entitled to file their Application on March 14, 2016 and have the right to have their Applications adjudicated now.

32. The Defendant government agencies and officers named in this Complaint have adequate resources to perform their duties in a reasonable time, including the duties that must be performed in adjudicating I-485 Application to Register Permanent Residence or Adjust Status, such as the ones submitted by Plaintiffs.

33. Plaintiffs have exhausted their administrative remedies.

## CAUSES OF ACTION

### I.

**Violation of INA § 209 (b), 8 U.S. C. § 1159 (b)**

34. Plaintiffs incorporate paragraph 1 through 33 as if fully set forth herein.

35. Defendants' practices, policies, conducts, and failures to act as alleged herein deprive Plaintiff to adjust status pursuant to INA § 209 (b), 8 U.S.C. § 1159 (b) and unlawfully delay his adjustment of status pursuant to that statute.

36. As a result, Plaintiffs have suffered irreparable harm and damages entitling them to injunctive and other relief.

## II.

**Violation of Administrative Procedures Act, 5 U.S. C. §§ 702 and 706**

37. Plaintiffs incorporate paragraph 1 through 36 as if set forth in full herein.

38. Defendants' practices, policies, conducts, and failure to act as alleged herein violate, inter alia, the Administrative Procedure Act, 5 U.S.C. §§ 702 and 706, because agency action is unlawfully withheld or unreasonably delayed under § 706 (1).

39. As a result, Plaintiffs have suffered irrespirable harm and money damages entitling them to injunctive and other relief.

## III.

**Violation of the Fifth Amendment, Due Process and Equal Protection Clauses**

40. Plaintiffs incorporate paragraph 1 through 39 as if set forth in full herein.

41. Defendants' practices, policies, conducts, and failure to act as alleged herein violate Plaintiff's right to due process and equal protection of law protected by the Fifth Amendment to the United States Constitution.

42. As a result, Plaintiffs have suffered irrespirable harm and damages entitling him to injunctive and other relief.

## **PRAYER FOR RELIEF**

WHEREFORE, and in light of the foregoing, Plaintiffs pray that the Court:

A. Grant Plaintiffs' request for a Writ of Mandamus against Defendants;

B. Order Defendants, jointly and severally, to take such steps as may be necessary to complete the security background checks of Plaintiffs and report the results to Texas Service Center of the USCIS and Orlando Field Office of the USCIS no later than 30 days after entry of such order;

C. Order Defendants, jointly and severally, to adjudicate Plaintiffs' Applications no later than 30 days after the security check results have been report to Texas Service Center of the USCIS and Orlando Field Office of the USCIS;

D. Retain jurisdiction of this action for purpose of enforcing the orders issued by the Court;

E. Award Plaintiff attorneys' fee and costs pursuant to 28 U.S.C. § 2412 and any other applicable statutory, common law, or Constitutional provision; and

F. Grant Plaintiffs any such other relief as this Court deems just and proper at law and in equity.

Respectfully submitted on ___21___ day of August, 2018.

*[signature: Anna Gallagher]*
_____
Anna Marie Gallagher (DC Bar #418634)
Maggio & Kattar
1800 Massachusetts Ave NW
Suite 300
Washington, DC 20036
Tel: 202-483-0053
Fax: 202-483-6801
Email: agallagher@maggio-kattar.com

Attorney for Plaintiffs
Xiaochun Ren
Juan Xia
Yifan Ren
Yifei Ren

OF COUNSEL:

Lucy Lu
Lucy Lu & Associates
3475 Lenox Road, Suite 730
Atlanta, GA 30326
Tel: 404-596-8773
Fax: 404-920-8598
Email: llu@lucylulaw.com

Attorney for Plaintiffs
Xiaochun Ren
Juan Xia
Yifan Ren
Yifei Ren

IN THE UNITED STATES DISTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **XIAOCHUN REN**, A206 964 426,<br>**JUAN XIA**, A214 011 396,<br>**YIFAN REN**, A214 011 397,<br>**YIFEI REN**, A214 011 398,<br><br>Plaintiff<br><br>v.<br><br>**JEFF SESSIONS**, Attorney General of the United States;<br>**KIRSTJEN M. NIELSEN**, Secretary, U.S. Department of Homeland Security;<br>**L. FRANCIS CISSNA**, Director, U.S. Citizenship and Immigration Services;<br>**DAVID ROARK**, Director, Texas Service Center, U.S. Citizenship and Immigration Services;<br>**CHRISTOPHER WRAY**, Director, Federal Bureau of Investigation;<br>**KIMBERLY D. DEAN**, Director, Orlando Field Office, U.S. Citizenship and Immigration Services;<br><br>Defendants | Civil Action No. _____ |

## LIST OF EXHIBITS

Exhibit 1.   Form I-94 of Mr. Ren;

Exhibit 2.   Approval Notice for Form I-140 EB-1C Petition filed on behalf of Mr. Ren;

Exhibit 3.   Form I-485 receipt of Mr. Ren;

Exhibit 4.   Form I-94s for Mrs. Xia and their two minor children;

Exhibit 5.   Form I-485 receipts of Mrs. Xia and their two minor children;

| | |
|---|---|
| Exhibit 6. | 1st Form I-485 interview notices for Mr. Ren, Mrs. Xia and their two minor child; |
| Exhibit 7. | 2nd Form I-485 interview notices for Mr. Ren and Mrs. Xia; |
| Exhibit 8. | Infopass inquiry appointments scheduled by Mr. Ren and Mrs. Xia; |
| Exhibit 9. | Processing Time Report of Orlando Field Office of the USCIS; |
| Exhibit 10. | USCIS Memo dated February 9, 2009 |